UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of Firearm by |
| JONATHAN R. WHITE | ) | Prohibited Person |

CR421-0172

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 7, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**JONATHAN R. WHITE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, the following firearm: an American Tactical Imports Model Omni Hybrid 5.56mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **JONATHAN R. WHITE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to an American Tactical Imports Model Omni Hybrid 5.56mm pistol (S/N NS252788) and 8 rounds of ammunition.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division