UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. **CR 421-172**      RULE 11 MINUTES      JUDGE CODE **3J07**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOAH ABRAMS** |
| | ASSISTANT U. S. ATTORNEY |
| VS. | |
| **JONATHAN WHITE** | **ROBERT MOCK, JR.** |
| DEFENDANT | COUNSEL FOR DEFENDANT |
| **JENNIFER BODAFORD** | **DATE:** 6/21/22 |
| COURTROOM DEPUTY CLERK | |
| **VICTORIA ROOT** | **PLACE:** SAVANNAH, GA |
| COURT REPORTER | |

U. S. MARSHAL/CSO  MARK/BILL

INFORMATION ☐  INDICTMENT ☒

| | | | |
|---|---|---|---|
| DEFENDANT SWORN | ☒ | POSSIBLE SENTENCE NOTED | ☒ |
| BACKGROUND INFO. | ☒ | PLEA AGREEMENT VERIFIED | ☒ |
| PRESUMPTIONS NOTED | ☒ | PLEA AGREEMENT REVIEWED | ☒ |
| BURDEN OF PROOF INFO. | ☒ | VOLUNTARINESS DISCUSSED | ☒ |
| WAIVER OF RIGHTS | ☒ | GUILT ADMITTED | ☒ |
| GUILTY PLEA EXPLAINED | ☒ | FINDINGS ON RECORD | ☒ |
| WAIVER OF DEFENSES | ☒ | GOVERNMENT PROFFER | ☒ |
| SATISFACTION W/ATTORNEY | ☒ | DEFENDANT'S STATEMENT | ☒ |
| ESSENTIAL ELEMENTS | ☒ | | |

DEFENDANT PLEADS TO COUNT(S)  1

NOLLE PROSSE AS TO COUNT(S)  ---------------------------------

DEFENDANT REMANDED TO CUSTODY ☒   REMAINS ON BOND ☐

PROBATION TO COMMENCE PRE-SENTENCE INVESTIGATION ☒

U. S. PROBATION OFFICER _____

TIME: 2:40 – 3:05